# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **VICTOR RUIZ,**<br><br>     **Plaintiffs,**<br><br>**vs.**<br><br>**A1 DEVELOPMENT LLC,**<br><br>     **Defendant**. | **JUDGMENT IN A CIVIL CASE**<br><br>**Case No. 2:25-CV-997-DAK-JCB**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Jared C. Bennett** |

Based on this court's July 16, 2026 Order Dismissing Action, the court dismisses this action without prejudice.

DATED this 16th day of July 2026.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge

1